**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**


**ANTHONY GOUVEIA,**                                                                     **PLAINTIFF**

**VS.**                                                                       **NO. 2:08CV23-MPM-EMB**

**CORRECTIONS CORPORATION**
**OF AMERICA, ET AL.,**                                                   **DEFENDANTS**

## ORDER

Before the Court is plaintiff's motion (doc. 12) for permission to have process served upon Arizona defendants. By this motion, plaintiff seeks an order compelling Arizona prison officials to allow a prisoner to personally serve a copy of the summons and complaint upon an Arizona defendant. First, the instant motion is moot with regard to Frappiea, an Arizona prison official, as she was dismissed from this lawsuit by Order (doc. 13) dated May 20, 2008. Second, to the extent plaintiff seeks to serve other defendants, this court has no authority to interfere with Arizona prison operations. Notwithstanding, plaintiff should be aware of the inherent security risk in allowing prisoners to serve prison officials personally. Accordingly, this motion is **DENIED**.

**SO ORDERED** this 25th day of July, 2008.

                                                                            **/s/ David A. Sanders**
                                                                        **U. S. MAGISTRATE JUDGE**