IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

ANTHONY GOUVEIA                                                                                  PLAINTIFF

V.                                                                                     NO. 2:08CV023-M-S

CORRECTIONS CORPORATION OF
AMERICAN, et al.                                                                              DEFENDANTS

## ORDER OVERRULING OBJECTIONS and ADOPTING
## REPORT AND RECOMMENDATION

The Plaintiff, an inmate, brings this *pro se* complaint pursuant to 42 U.S.C. § 1983. Along with his complaint, Plaintiff filed a motion for emergency restraining order that would require the Defendants to release certain inmates from segregation. Plaintiff also asks that the court freeze the assets of Defendant CCA so that the U.S. Attorney General can conduct an investigation. The defense has filed a motion to dismiss certain Defendants due to Plaintiff's failure to serve them with process. The Magistrate Judge has submitted a Report dated November 18, 2008, recommending the denial of Plaintiff's motion for a restraining order and the dismissal of Defendants Weeks and Reddix without prejudice.

Plaintiff has filed his objections. The court finds that for reasons stated in the Report and Recommendation, Plaintiff's objections are not well taken.

**THEREFORE**, it is hereby **ORDERED** that

(1) the Plaintiff's objections to the Report and Recommendation of the United States Magistrate Judge are **OVERRULED**;

(2) the Report and Recommendation (docket entry 30) is **APPROVED** and **ADOPTED** as the opinion of this court;

(3) Plaintiff's motion for emergency restraining order (docket entry 16) is **DENIED**;

(4) Defendants' motion to dismiss (docket entry 23) is **GRANTED**; and

(5) Defendants Weeks and Reddix are **DISMISSED** without prejudice.

SO ORDERED, this the 28th day of January, 2009.

                                **/s/ MICHAEL P. MILLS**
                                **CHIEF JUDGE**
                                **UNITED STATES DISTRICT COURT**
                                **NORTHERN DISTRICT OF MISSISSIPPI**